UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MARLEY, a resident of Camano Island, Washington,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>　　　　　　　　　Defendants. | CASE NO.: C-06-3798  MMC<br><br>**E-FILED**<br><br>**ORDER GRANTING DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING AND UNOPPOSED MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES AND INCORPORATED MEMORANDUM OF LAW; SETTING DEADLINE FOR PARTIES TO FILE JOINT STATUS REPORT; ORDERING PLAINTIFF TO SERVE COPY OF ORDER ON DEFENDANTS OTHER THAN BAYER CORPORATION; VACATING HEARING** |

　　　The Court having reviewed defendant Bayer Corporation's motion for an order to stay pretrial proceedings pending transfer of this action by the Judicial Panel on Multidistrict Litigation and for an enlargement of the time in which the parties are required to comply as to all pretrial deadlines established by Local Rules 16.2, 16.3, 16.9 and 16.10 of the United States District Court for the Northern District of California,

1    IT IS HEREBY ORDERED that the motion is granted and this matter is hereby stayed pending transfer of this action.

In the event the matter has not been transferred as of September 29, 2006, the parties are hereby ORDERED to file on that date a Joint Status Report.

Plaintiff is hereby ORDERED to serve, no later than July 21, 2006, a copy of this order on all defendants, other than Bayer Corporation, that plaintiff has previously served with a copy of the summons and complaint. As to any defendant plaintiff has yet to serve with a copy of the summons and complaint, plaintiff is hereby ORDERED to serve a copy of this order with the summons and complaint.

The hearing scheduled for August 18, 2006 is hereby VACATED.

DATED: July 14, 2006

_____
Honorable Maxine M. Chesney
Judge of the United States District Court