IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMERON MARLEY,

      Plaintiff,

  v.

BAYER CORPORATION, et al.,

      Defendants

No. C-06-3798 MMC

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES ONLY**

     On July 6, 2006, the Judicial Panel on Multidistrict Litigation transferred the above-titled action to the Northern District of Illinois for inclusion in MDL No. 986, In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation, and stayed its order until July 24, 2006.  (See Conditional Transfer Order, filed herein July 27, 2006.)  The stay was lifted on July 24, 2006.  (See id.)  In light of the transfer, the Court hereby CLOSES the case for statistical purposes only.

     Nothing contained in this order shall be considered a dismissal or disposition of any claim.  Should the matter be remanded to this Court by the Judicial Panel on Multidistrict Litigation upon completion of the pretrial proceedings in the Northern District of Illinois, any party may take any appropriate action in the same manner as if this order had not been entered.

     **IT IS SO ORDERED.**

Dated: July 31, 2006

MAXINE M. CHESNEY
United States District Judge